IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MASON WOODWARD, Individually and as Administrator of the ESTATE OF CHRISTINE WOODWARD,<br><br>    Plaintiff,<br><br>    v.<br><br>GENERAL MOTORS, LLC,<br><br>    Defendant. | No. 4:25-CV-1025<br><br>(Chief Judge Brann) |
| GENERAL MOTORS, LLC,<br><br>    Third-Party Plaintiff,<br><br>    v.<br><br>MICHAEL J. BROWN,<br><br>    Third-Party Defendant. | |

## ORDER

### DECEMBER 8, 2025

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Mr. Woodward's motion to strike (Doc. 31) is **GRANTED** as to affirmative defense 13, which is **STRICKEN**, and **DENIED** as to affirmative defense 24;

2.      Mr. Brown's motion to dismiss (Doc. 41) is **GRANTED** as to the negligence and indemnification claims, which are dismissed with prejudice, and **DENIED** as to the contribution claim;

3.      Mr. Brown shall **ANSWER** GM's third-party complaint within 14 days of the date of this Order;

4.      Discovery is **STAYED** as to GM's contribution claim pending the outcome of the related Tioga County proceeding between Mr. Woodward and Mr. Brown.

                                       BY THE COURT:

                                       *s/ Matthew W. Brann*
                                       Matthew W. Brann
                                       Chief United States District Judge